IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>DAVID WILLIAMS )<br>) | DOCKET NO. 3:23-cr-135-MOC<br><br>**BILL OF INFORMATION**<br><br>Violation:<br>18 U.S.C. § 2252A(a)(1) |

### THE UNITED STATES ATTORNEY CHARGES:

#### COUNT ONE

From on or about July 21, 2021, through on or about September 16, 2021, in Mecklenburg County, within the Western District of North Carolina and elsewhere, the defendant,

**DAVID WILLIAMS,**

knowingly transported and shipped, and attempted to transport and ship, any child pornography, as defined in Title 18, United States Code, Section 2256(8), using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Section 2252A(a)(1).

### NOTICE OF FORFEITURE AND FINDING OF PROBABLE CAUSE

Notice is hereby given of 18 U.S.C. § 2253. The following property is subject to forfeiture in accordance with Section 2253:

a. Any visual depiction or book, magazine, periodical, film, videotape, or other matter which contains any such depiction, which was produced, transported, mailed, shipped, or received during the violations set forth in this bill of information;

b. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from proceeds of the violations;

c. Any property, real or personal, used or intended to be used to commit or promote the violations; and

d. If, as set forth in 21 U.S.C. § 853(p), any property described in (a), (b), or (c) cannot be located upon the exercise of due diligence, has been transferred or sold to, or

deposited with, a third party, has been placed beyond the jurisdiction of the court, has been substantially diminished in value, or has been commingled with other property which cannot be divided without difficulty, all other property of the defendant/s to the extent of the value of the property described in (a), (b), and (c).

There is probable cause to believe that the following property is subject to forfeiture on one or more of the grounds stated above:

    a. Samsung Galaxy A02S, SN: R9HR500Z8GE;

DENA J. KING
UNITED STATES ATTORNEY

_____
DANIEL CERVANTES
ASSISTANT UNITED STATES ATTORNEY